# INGA L. PARSONS
## CHRISTIAN URBANO*
(of Counsel)

| | | |
|---|---|---|
| Admitted to MA* NY WY | Attorneys at Law | Tel: 781-581-2262 |
| Federal Courts | 3 Bessom St. No. 234 | Fax: 888-406-9538 |
| U.S. Supreme Court | Marblehead, MA 01945 | Cell: 781-910-1523 |

Inga@IngaParsonsLaw.com                              Christian@IngaParsonsLaw.com

January 21, 2020 – BY ECF

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

*[Handwritten: Adjourned to Tuesday, February 11, 2020, at 3:00PM. SO ORDERED. /s/ John G. Koeltl U.S.D.J. 1/22/20]*

Re: *United States v. Zoraida Ramirez*, 13 Cr. 767 (JGK)

Dear Judge Koeltl:

I am appointed counsel to Ms. Ramirez. In preparation for the submission for Ms. Ramirez on her violation of supervised release sentencing currently due January 24, 2020 and a hearing date for January 31, 2020, counsel obtained the file from Ms. Nathanson which included a file labelled sentencing minutes. Upon review it is the minutes for the case before Judge Wood not this Court. Counsel contacted the government to see if they had obtained a copy of the sentencing minutes for this Court and they did not have a copy.

Counsel is ordering one through evoucher and respectfully requests that the dates in this case be continued for two weeks to permit time to get the minutes. Counsel would be available for a hearing the week of February 10th but will be away February 17, through March 6th and has a sentencing in the district of Massachusetts on March 9th and an all day court commitment on March 12th.

The government, by Russell Capone, consents to this request.

Respectfully,

*/s/ Inga L. Parsons*

Inga L. Parsons

Cc:  All counsel of record via ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-22-2020