UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ZORAIDA RAMIREZ, ) | CRIMINAL NO. 13-767 (JGK) |

PROPOSED ORDER ON REQUEST FOR CONTINUANCE OF SUBMISSIONS
AND SENTENCING

THIS MATTER, having come before the Court on Defendant's Letter Motion dated February 7, 2020, and finding that the transcript for the Sentencing Minutes of this Court of Ms. Zoraida Ramirez has yet to be transcribed, and finding that such transcript is essential for the sentencing of Ms. Ramirez on her violation of supervised release, it is hereby

ORDERED that upon receipt of the sentencing minutes, defense counsel will file her submission within five days. The government shall have 7 days to respond to the defense submission, the sentencing shall be held on March 13, 2020 @ 030 A M. during the period of March 11th to March 27th acknowledging that the defense attorney is away for personal reasons and court demands from February 12th to March 10th and also unavailable March 12th, and away March 30th through April 19th for personal and court demands.

SO ORDERED this 10 day of February, 2020

Hon. John G. Koeltl

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2·11·20

1