**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

**UNITED STATES OF AMERICA**

      - against -                         13cr767 (JGK)

**ZORAIDA RAMIREZ,**                      <u>**ORDER**</u>

               **Defendant.**
_____

**JOHN G. KOELTL, District Judge:**

     The sentencing is adjourned to September 10, 2020 at 10:00 AM.

**SO ORDERED.**

**Dated:**    New York, New York
             June 10, 2020            ____/s/ John G. Koeltl____
                                                 John G. Koeltl
                                     United States District Judge