UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

       - against -               13 Cr. 767 (JGK)

ZORAIDA RAMIREZ,              ORDER

              Defendant.
_____

JOHN G. KOELTL, District Judge:

    The defendant's request to continue the sentencing

to **January 21, 2021** at **11:30 a.m.** is granted.

SO ORDERED.

Dated:    New York, New York
          September 10, 2020       /s/ John G. Koeltl
                            John G. Koeltl
                   United States District Judge